**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Leaha White, | Case No.: 2:23-cv-2000-JAD-EJY |
| Plaintiff | |
| v. | **Order Granting Voluntary Dismissal** |
| Allied Collection Services, Inc., | |
| Defendant | |

On February 11, 2024, the Plaintiff Leaha White filed a document entitled "Stipulation and Order of Dismissal with Prejudice."[1]  The document was not a true stipulation because it lacks a signature for the Defendant Allied Collection Services, Inc.  So instead, and because the defendant has not appeared in this case, the court liberally construes this pro se document [ECF No. 11] as a motion for voluntary dismissal and grants it.

IT IS THEREFORE ORDERED that **the request for dismissal [ECF No. 11] is GRANTED; this action is DISMISSED** with prejudice.  The Clerk of Court is directed to **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
February 14, 2024

---

[1] ECF No. 11.